RHONDA JEAN STARLING, Appellant, v. SHERIFF,
CLARK COUNTY, NEVADA, Respondent.

No. 9742

June 29, 1977                                    565 P.2d 653

James L. Buchanan, II, Las Vegas, for Appellant.

Robert List, Attorney General, Carson City; George E.
Holt, District Attorney, and H. Douglas Clark, Deputy District Attorney, Clark County, for Respondent.

## OPINION

Per Curiam:

On the authority of, and for the same reasons stated in,

Oxborrow v. Sheriff, 93 Nev. 321, 565 P.2d 652 (1977), the order of the district court which denied Rhonda Jean Starling's pretrial petition for a writ of habeas corpus, is reversed.